**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In re Baker Hughes Oilfield Operations, LLC, Relator

Appellate case number:     01-17-00944-CV

Trial court case number:    2017-73644

Trial court:                        333rd District Court of Harris County

On December 13, 2017, relator, Baker Hughes Oilfield Operations, LLC, filed a petition for writ of mandamus seeking to compel the respondent district judge to vacate the order, signed on November 27, 2017, granting, in part, relator's motion to compel arbitration, but limiting it before a single arbitrator. Relator seeks to compel respondent to enter an order compelling the dispute to arbitration, but to allow the arbitrator to determine whether the parties' agreement requires that the dispute be heard by a single arbitrator or a panel of three arbitrators in the underlying breach-of-contract proceeding. Relator has included an appendix with the petition. *See* TEX. R. APP. P. 52.7.

With the petition, relator also filed a motion for emergency relief seeking a stay of the November 27, 2017 order, pending disposition of this petition, because the arbitration "administrative conference with the AAA could be scheduled for as soon as Thursday, December 21, 2017." *See* TEX. R. APP. P. 52.10(a). Real party in interest Markall Inc. filed a response on December 18, 2017, contending that the motion should be denied because "[n]o administrative conference has been scheduled," and "nothing will likely be scheduled for weeks," whereas "granting a stay will cause significant harm to Markall" because "it may very well go out of business before it ever gets to arbitration."

Accordingly, the Court **denies** relator's motion, but requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 20 days from the date of this order**. *See id.* 2, 52.4.

It is so ORDERED.

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
☒  Acting individually

Date:  December 21, 2017